IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan E. Cheney,<br><br>    Petitioner,<br><br>vs.<br><br>David Green, et al.,<br><br>    Respondents. | No. CV-15-08037-PCT-SPL (MHB)<br><br>**ORDER** |

  Petitioner Jonathan E. Cheney has filed an Amended Petition for Writ of Habeas Corpus pursuant to pursuant to 28 U.S.C. § 2254 (Doc. 7). On September 15, 2015, the Honorable Michelle H. Burns, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 19), recommending that the Court deny and dismiss the amended petition. Judge Burns advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. (Doc. 19 at 7) (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

  The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly

objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken.  The Court will adopt the R&R and deny the amended petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1. That Magistrate Judge Michelle H. Burn's Report and Recommendation (Doc. 19) is **accepted** and **adopted** by the Court;

2. That the Ameneded Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 7) is **denied** and **dismissed with prejudice**;

3. That a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**; and

4. That the Clerk of Court shall **terminate** this action.

Dated this 22nd day of October, 2015.

Honorable Steven P. Logan
United States District Judge